No. 99–6841 (99A364). BROWN, AKA MUHAMMED v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Moore County, N. C.

Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.